# FORM A

CIVIL RIGHTS COMPLAINT TO BE USED BY A *PRO SE* PRISONER
UNDER 42 U.S.C. § 1983 or
Rev. 10/10   UNDER *BIVENS V. SIX UNKNOWN FED. NARCOTICS AGENTS*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY

FILED
JAMES J. VILT, JR. - CLERK
JUL 1 8 2022
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

Stephon Dwann Johnson

(Full name of the Plaintiff(s) in this action)

v.

Dwayne Clark (Director)
Grey Fisher (City of Louisville)

CIVIL ACTION NO. 3:22CV-369-DJH
(To be supplied by the clerk)

(✓) DEMAND FOR JURY TRIAL

(__) NO JURY TRIAL DEMAND
(Check only one)

(Full name of the Defendant(s) in this action)

## I.   PARTIES

(A) **Plaintiff(s)**.  Place the full name of the Plaintiff in the first blank below, his/her place of confinement, address, and status.  Repeat this procedure for each additional Plaintiff named, if any.

(1) Name of Plaintiff: Stephon Dwann Johnson

Place of Confinement: Todd County Jail

Address: PO Box 808  Elkton, KY 42220

Status of Plaintiff:  CONVICTED (✓)   PRETRIAL DETAINEE (__)

(2) Name of Plaintiff: _____

Place of Confinement: _____

Address: _____

Status of Plaintiff:  CONVICTED ( __ )   PRETRIAL DETAINEE ( __ )

(3) Name of Plaintiff: _____

Place of Confinement: _____

Address: _____

Status of Plaintiff:  CONVICTED ( __ )   PRETRIAL DETAINEE ( __ )

**(B) Defendant(s).** Place the full name of the Defendant in the first blank below, his/her official position title in the second blank, and his/her place of employment in the third blank. Mark the capacity in which the Defendant is being sued. Repeat this procedure for each additional Defendant named, if any.

(1) Defendant __Dwayne Clark__ is employed as __Director__ at __Louisville Metropolitan Correction__.

The Defendant is being sued in his/her ( ✓ ) individual and/or ( ✓ ) official capacity.

(2) Defendant _____ is employed as _____ at _____.

The Defendant is being sued in his/her ( __ ) individual and/or ( __ ) official capacity.

(3) Defendant _____ is employed as _____ at _____.

The Defendant is being sued in his/her ( __ ) individual and/or ( __ ) official capacity.

(4) Defendant _____ is employed as _____ at _____.

The Defendant is being sued in his/her ( __ ) individual and/or ( __ ) official capacity.

(5) Defendant _____ is employed as _____ at _____.

The Defendant is being sued in his/her (___) individual and/or (___) official capacity.

II. **PREVIOUS LAWSUITS**

(A) Have you begun other lawsuits in State or Federal court dealing with the <u>same facts</u> involved in this action? YES (___) NO (✓)

(B) If your answer to "A" is YES, describe the lawsuit in the spaces below. If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper, using the same outline.

Parties to the previous lawsuit:

Plaintiff(s): _____

_____

Defendant(s): _____

_____

Court (if federal court, name the district. If state court, name the county):

_____

Docket number: _____

Name of judge to whom the case was assigned: _____

Type of case (for example, habeas corpus or civil rights action): _____

Disposition (for example, Was the case dismissed? Is it still pending? Is it on appeal?):

_____

Approximate date of filing lawsuit: _____

Approximate date of disposition: _____

III. STATEMENT OF CLAIM(S)

State here the FACTS of your case. State how you believe your constitutional rights were violated. Describe how each Defendant violated your rights. And set forth the dates on which each event took place. Do not make legal arguments or cite cases or statutes. However, identify the constitutional right(s) you allege was/were violated. If you intend to assert multiple claims, number and set forth each claim in separate paragraphs.

On the Dates of Jan 3, 2021 until Dec 20, 2021 Mr. Dwayne Clark violated Several of My Constitutional rights. One was Practice Social distance by Putting inmates on top of inmates (60 men) in a 30 man cell not even testing these inmates or Even Quarintineing them Entering the Jail. On April 3, 2021 I was Postive for Covid 19 Not Once but twice Since being incarcerated 14 months in Louisville Metro. (The Second Time was June 14, 2021) - I had Problems Breathing, tasting, and also Small headache, So I ask for Cleaning Supplies and Masks they Never Gave anything to Clean the Dorms. So days later I had a tooth get infected and Louisville Dentist Pulled the front Part of the tooth and Broke off the Back End of the Same tooth and Left it in My Mouth Now Todd County Say I need a oral Sergeon to fix what Louisville Damaged. Its going to Cost me Alot of money I Don't have.

4

III. STATEMENT OF CLAIM(S) continued

Being lock up 19 months stright with pain in my Mouth.

Louisville Jail put Mental health inmates in the same Dorm as regular inmate AND the Mental health inmate deficated beside my rack. I was shocked, I kindly ask for cleaning supplies and they Never did Anything, I cleaned it up with my personal soap AND Jump suit. It turned my Stomach for Days cleaning Some eles feces. up. in addition to there was also black mold in showers and Bathrooms. That was the last straw I had I just use what supplies I had order from canteen And Clean Shower and Bathroom and living area.

IV. RELIEF

State exactly what you want the Court to do for you. (If you seek relief which affects the fact or duration of your imprisonment (for example: release from illegal detention, restoration of good time, expungement of records, release on parole), you must also file your claim under 28 U.S.C. §§ 2241, 2254 or 2255.) The Plaintiff(s) want(s) the Court to:

✓ award money damages in the amount of $ 328,000

___ grant injunctive relief by _____

✓ award punitive damages in the amount of $ 332,000

___ other: _____

V. DECLARATION UNDER PENALTY OF PERJURY
(each Plaintiff must sign for him/herself)

I, the undersigned, declare under penalty of perjury that the information contained in this document is true and correct.

This 8 day of July, 2022

_____
(Signature of Plaintiff)

_____
(Signature of additional Plaintiff)

_____
(Signature of additional Plaintiff)

I hereby certify that a copy of this complaint was delivered to the prisoner mail system for mailing on July 8, 2022.

_____
(Signature)

6

Stephon D. Johnson
Todd County Jail
PO Box 808
Elkton, KY 42220

RECEIVED
JAMES J. VILT, JR. - CLERK
JUL 18 2022
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

NASHVILLE TN 370
15 JUL 2022 PM

UNCENSORED MAIL
TODD COUNTY JAIL

United States District Court
241 East Main Street Room 120
Bowling Green, KY 42101

4210182170